No. 51791.—Blum Bros. et al. v. United States, protests 65000–K, etc. (New York).

Opinion by CLINE, J. It was stipulated that certain items of the merchandise consist of cheese similar in all material respects to the Romano, Pecorino Romano, Sardo, or Provolone cheese the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706). In accordance therewith it was held that an allowance of 2½ percent should have been made in the weight of the cheese by the collector in computing the duty thereon to compensate for the weight of the inedible coverings on the outside of the cheese. The protests were sustained to this extent.

No. 51792.—Allied Purchasing Corp. et al. v. United States, protests 130154–K, etc. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 51793.—Bohemian Distributing Co. et al. v. United States, protests 731654–G, etc. (Los Angeles).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 51794.—Balfour, Guthrie & Co., Ltd., et al. v. United States, protests 951322–G, etc. (Los Angeles).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.